UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH CEPHUS LOVING, #536180,

    Petitioner,

v.

CASE NO. 23-CV-12287
HONORABLE MARK A. GOLDSMITH

ADAM DOUGLAS,

    Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION FOR RELIEF (Dkt. 11)

This is a habeas case brought pursuant to 28 U.S.C. § 2254. Petitioner filed a pro se habeas petition challenging his state convictions for carjacking, armed robbery, and two counts of felony firearm for which he was sentenced to concurrent terms of 18 to 40 years in prison and two years in prison, to be served consecutively to the longer sentences (Dkt. 1). On April 15, 2024, the Court dismissed without prejudice the petition on exhaustion grounds (Dkt. 7, 8). The matter is now before the Court on Petitioner's "Motion for Relief" (Dkt. 11). The motion, however, does not cite a legal or factual basis for relief from the Court's ruling. Rather, it seems to concern a Michigan filing issue and/or health care. Petitioner offers no reason for the Court to reconsider its prior decision or to otherwise grant him relief. Accordingly, the Court denies his motion for relief (Dkt. 11). This case remains closed.

    It is so ordered.

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: October 31, 2024