UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH CEPHUS LOVING,

       Plaintiff,                                Case No. 23-cv-12287

v.

                                                   HON. MARK A. GOLDSMITH

ADAM DOUGLAS,

       Defendant.
_____/

## ORDER STRIKING NON-CONFORMING DOCUMENT (Dkt. 15)

The Court has reviewed Petitioner Joseph Cephus Loving's document styled as "motion of false document." (Dkt. 15). The Court finds that it should be stricken for the following reasons.

On April 15, 2024, the Court entered an Order dismissing the petition (Dkt. 7) along with a Judgment (Dkt. 8). On October 31, 2024, the Court denied Loving's motion for relief (Dkt. 12). Loving's document styled "motion of false document" fails to articulate an issue for the Court to resolve. Nor could it; the case is closed. There is nothing to adjudicate further in this matter.

The Court directs the Clerk's office to strike Loving's document (Dkt. 15). Loving is ordered not to file any further documents in this case. Any such filings will be stricken without notice.

SO ORDERED.

Dated: November 21, 2025                              s/Mark A. Goldsmith
Detroit, Michigan                                      MARK A. GOLDSMITH
                                                        United States District Judge